# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2011

Robert P. Young, Jr.,
Chief Justice

142186

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 142186
COA: 299097
Oakland CC: 2008-219433-FH

JOHN KENNETH SALTERS, JR.,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 20, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      ZAHRA, J., did not participate because he was on the Court of Appeals panel.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2011

Clerk

p0427